UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                      Case No. 3:25-cr-1

vs.

SAMPSON DORSEY,                            District Judge Michael J. Newman

    Defendant.

**ORDER GRANTING DEFENDANT SAMPSON DORSEY'S MOTION TO RECALL ARREST WARRANT (Doc. No. 10)**

The United States has filed a motion to recall the arrest warrant against Defendant Sampson Dorsey.  Doc. No. 10.  For good cause shown, the Court hereby **GRANTS** this motion and **ORDERS** the arrest warrant recalled.

    **IT IS SO ORDERED.**

January 27, 2025                                              s/*Michael J. Newman*
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge