UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                         Case No. 3:25-cr-1

vs.

SAMPSON DORSEY,                District Judge Michael J. Newman

      Defendant.

---

## SCHEDULING ORDER

---

    This criminal case is before the Court following Defendant's indictment on January 14, 2025 and initial appearance/arraignment on January 21, 2025. The parties have filed a joint proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **April 1, 2025**.[1] Doc. No. 19. The Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **January 31, 2025** |
| Substantive motions deadline: | **March 3, 2025** |
| Status report deadline: | **March 24, 2025** |
| Jury trial: | **March 31, 2025** |

    The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

    **IT IS SO ORDERED.**

January 28, 2025                s/*Michael J. Newman*
                                 Hon. Michael J. Newman
                                 United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.