UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 3:25-cr-1

vs.

SAMPSON DORSEY,                     District Judge Michael J. Newman

    Defendant.

---

### ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT BY MAY 13, 2025

---

The Court previously ordered the parties to file a joint status report by May 7, 2025. Doc. No. 25. The parties have not filed their joint status report. Accordingly, the Court **ORDERS** the parties to file a joint status report by **May 13, 2025**.

**IT IS SO ORDERED.**

May 8, 2025                                               s/*Michael J. Newman*
                                                             Hon. Michael J. Newman
                                                              United States District Judge